UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-61304-CIV-MORENO

ANA OYLER and JARED C. OYLER, a minor,

    Plaintiffs,

vs.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. As the Eleventh Circuit has observed, "[f]ederal courts 'are obligated to inquire into subject-matter jurisdiction *sua sponte* whenever it may be lacking.'" *Cadet v. Bulger*, 377 F.3d 1173, 1179 (11th Cir. 2004) (quoting *Galindo-Del Valle v. Attorney Gen.*, 213 F.3d 594, 598 n.2 (11th Cir. 2000)). A district court generally does not have subject matter jurisdiction over an appeal of a denial of Social Security benefits "unless the party seeking review has exhausted his administrative remedies as set forth in the Social Security Act." *Davis v. Colvin*, No. 3:11-cv-973-J-TEM, 2013 U.S. Dist. LEXIS 38458, at *10 (M.D. Fla. Mar. 20, 2013). "A civil action may be brought only after: (1) the claimant has been party to a hearing held by the Commissioner of Social Security; and, (2) the Commissioner has made a final decision on the claim." *Id.* (citing 42 U.S.C. § 405(g) (2013)). "A claimant obtains the Commissioner's 'final decision' after completing the four steps of the administrative review process: (1) initial determination; (2) reconsideration

determination; (3) hearing before an ALJ; and (4) Appeals Council review." *Id.* (citing 20 C.F.R. § 404.900(a) (2013)).

In the present case, Plaintiffs do not indicate that they have obtained a final decision from the Commissioner of Social Security or are even appealing a decision by the Commissioner. Instead, they request that this Court authorize consideration of their application for Social Security benefits by Defendant. Since this Court only has jurisdiction over a proper appeal, it is

**ADJUDGED** that this case is DISMISSED for lack of jurisdiction.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record